UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LEOBARDO MATEO SANTILLAN,<br>　　ON BEHALF OF HIMSELF AND<br>　　OTHERS SIMILARLY SITUATED,<br>　　　　*Plaintiff,*<br><br>VS.<br><br>CARRILLO BROTHERS CORPORATION AND<br>RANCHO GRANDE TOMBALL, INC.,<br>　　　　*Defendants.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION H-09-2911 |

## **ORDER**

This Fair Labor Standards Act (FLSA) case is before the court on plaintiff's unopposed motion for conditional certification of a collective action pursuant to 29 U.S.C. § 216(b) and for approval of notice to potential class members (Dkt. 19). Plaintiff's motion is granted. It is hereby

ORDERED that the court conditionally certifies a collective action consisting the following Class Members: all waiters, bussers, and kitchen workers employed by defendants at the Rancho Grande Bar & Grill restaurant located at 30134 Tomball Parkway, Tomball, Texas 77375 during the period September 8, 2007 to the present.

ORDERED that within 21 days of the date of entry of this order (or on a mutually agreed date) defendants shall provide plaintiff's counsel with a list in electronic format of the names and last known addresses of Class Members. It is further

ORDERED that plaintiff's counsel is authorized to send the Notice to Current and Former Rancho Grande Employees, attached hereto as Exhibit A, and the Notice to Consent, attached hereto as Exhibit B, in English and Spanish, to all Class Members. It is further

ORDERED that Class Members shall have 60 days from the date plaintiff's counsel receives the electronic list of names and addresses from defendants to join this case by filing the Notice of Consent form with the court.

This Order does not establish the relevant statute of limitations for any plaintiff who has filed or may in the future file a Notice of Consent to participate in this case

Signed at Houston, Texas on December 2, 2009.

Stephen Wm. Smith
United States Magistrate Judge